

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00293-CV

| | | |
|---|---|---|
| American Homeowner Preservation Fund, LP | § | From the 236th District Court |
| | § | of Tarrant County (236-265110-13) |
| v. | § | September 3, 2015 |
| Brian J. Pirkle, Tarrant County, Tarrant County Hospital District, City of Sansom Park, and Tarrant County Community College District | § | Opinion by Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to delete the declaration that the Lewis note is "null and void and has no force and effect." It is ordered that the judgment of the trial court is affirmed as modified.

It is further ordered that all parties shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth_____
       Justice Bonnie Sudderth